IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BOBBIE ARDEL SLEDGE,<br><br>  Petitioner,<br><br>  v.<br><br>LOREN GRAYER<br>Warden,<br><br>  Respondent. | CIVIL ACTION FILE<br>NO. 1:07-CV-2575-TWT |

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the Petition. The exclusive remedy for a federal prisoner to collaterally attack his conviction is a motion under 28 U.S.C. § 2255. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 7 day of January, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Sledge\r&r.wpd